UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA STATE CONFERENCE OF THE NAACP, | ) | |
| Plaintiff | ) | 3:19-CV-00479 |
| v. STATE OF LOUISIANA, | ) ) | Appearing on behalf of: |
| Defendant | ) ) | |
| | ) | Plaintiffs |

## MOTION FOR ADMISSION PRO HAC VICE

   **Petitioner, Brendan Downes,** hereby requests permission to appear *pro hac vice* in the subject case filed in the Baton Rouge Division of the United States District Court for the Middle District of Louisiana. **Petitioner** states that he has provided all information requested on the subsequent pages of this application. **Petitioner** states under penalty of perjury that he is a member in good standing of the Federal Bar, and/or the highest Court of the State as listed in this application. **Petitioner** states further that he is not eligible for admission under Local Rule 83.B.2 and that he does not reside or maintain an office for the practice of law in the State of Louisiana. **Petitioner** states further that no disciplinary or criminal charges have been filed against him.

      **Petitioner** designates **Arthur Ray Thomas** as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel section.

                                                                                                    ____/s/ Brendan Downes____
                                                                                                    Signature of Brendan Downes

**<u>3:19-CV-00479</u>**

### <u>MDLA CASES IN WHICH APPLICANT HAS APPEARED</u>

**Attorney has not previously appeared in any cases in the Middle District of Louisiana.**

### <u>PETITIONER INFORMATION</u>

| | |
|---|---|
| **Name of Petitioner:** | Brendan Downes |
| **Business Address:** | Lawyers' Committee for Civil Rights Under Law |
| | 1500 K St, NW. 9th Floor |
| | Washington, DC 20005 |
| **Business Phone:** | 202.662.8600 |
| **Email Address:** | bdownes@lawyerscommittee.org |

**3:19-CV-00479**

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, **Arthur Ray Thomas**, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.

     /s/ Arthur Ray Thomas
Signature of Arthur Ray Thomas

Arthur Ray Thomas
Arthur Thomas & Associates
3313 Government Street
Baton Rouge, LA, 70806
225.334.7491