UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOUISIANA STATE CONFERENCE OF THE NAACP,** | ) | |
| Plaintiff | ) | 3:19-CV-00479 |
| v. **STATE OF LOUISIANA,** | ) ) | Appearing on behalf of: |
| Defendant | ) ) | |
| | ) | Plaintiffs |

## SWORN AFFIDAVIT OF BRENDAN DOWNES

I DO SOLEMNLY SWEAR (OR AFFIRM OR PROMISE) that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

\_\_\_\_/s/ Brendan Downes\_\_\_\_
Signature of Brendan Downes