## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOUISIANA STATE CONFERENCE OF THE NAACP,** | ) | |
| Plaintiff | ) | 3:19-CV-00479 |
| **v. STATE OF LOUISIANA,** | ) ) | |
| Defendant | ) | |

## PROPOSED ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.B.8A for admission pro hac vice have been satisfied, **the request of Petitioner BRENDAN DOWNES** to appear pro hac vice in the United States District Court, Middle District of Louisiana in the subject case is **GRANTED**.

This _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE