IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOUISIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; ANTHONY ALLEN; and STEPHANIE ANTHONY** | § § § § § § | |
| *Plaintiffs*, | § | **CASE NO. 3:19-cv-00479 (JWD)** |
| vs. | § § § | |
| **STATE OF LOUISIANA; and R. KYLE ARDOIN, in his capacity as Secretary of State of Louisiana,** | § § § § § | |
| *Defendants*. | § | |

## SWORN AFFIDAVIT OF ADAM L. SHAW

I, ADAM L. SHAW, do hereby state and declare:

1.

I am an associate at the law firm of Bryan Cave Leighton Paisner LLP, 1155 F Street NW, Suite 700, Washington, DC 20004. For purposes of this case, I am associated with Arthur R. Thomas (Bar Roll No. 12797) 3313 Government Street, Baton Rouge, Louisiana 70806, Telephone: (225) 334-7490, and I will serve as counsel on behalf of plaintiffs Louisiana State Conference of The National Association for the Advancement of Colored People, Anthony Allen, and Stephanie Anthony.

2.

I am a member in good standing of the bars of the State of Virginia and the District of Columbia since 2015 and 2016, respectively, as evidenced by the certificates of good standing attached hereto.

3.

I am admitted to practice in the following courts: United States Court of Appeals for the Fourth Circuit; United States Court of Appeals for the District of Columbia Circuit; United States Court of Appeals for Veterans Claims; United States Court of Federal Claims; United States District Court for the Eastern District of Virginia; and United States District Court for the Western District of Virginia.

4.

I have not been the subject of disciplinary proceedings by the bar or courts of the State of Virginia or the District of Columbia, or any other court.

5.

I have not previously appeared in any cases in the Middle District of Louisiana. I am not eligible for admission under Local Rule 83(b)(2), and I do not reside or maintain an office for the practice of law in the State of Louisiana.

6.

I have not had any criminal charges instituted against me.

7.

I have never been denied admission to the court of any state or to any federal court, and I have never been reprimanded, suspended, placed on inactive status, disbarred, or resigned from the practice of law.

8.

I am familiar with the rules of the United States District Court for the Middle District of Louisiana governing the conduct of members of the State Bar of Louisiana, and will at all times abide by and comply with those rules so long as trial or hearing is pending and I have not withdrawn as counsel.

9.

I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on August 26, 2019, at Washington, District of Columbia.

_____
Adam L. Shaw