# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 24, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-90042   Louisiana State Conf of NAACP, et al v.
                  State of Louisiana, et al
                  USDC No. 3:19-CV-479

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca L. Leto, Deputy Clerk
                              504-310-7703

Ms. Celia Rhea Cangelosi
Mr. Phillip Michael Gordon
Mr. Jon Marshall Greenbaum
Mr. Jonathan Lienhard
Ms. Jennifer Kies Mammen
Mr. Michael L. McConnell
Ms. Elizabeth Baker Murrill
Mr. Arthur R. Thomas
Mr. Jason Brett Torchinsky

# United States Court of Appeals
# for the Fifth Circuit

A True Copy
Certified order issued Nov 24, 2020

Tyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 20-90042

ANTHONY ALLEN; STEPHANIE ANTHONY; LOUISIANA STATE
CONFERENCE OF THE NAACP,

*Plaintiffs—Respondents*,

*versus*

STATE OF LOUISIANA; R. KYLE ARDOIN, SECRETARY OF STATE
OF LOUISIANA IN HIS OFFICIAL CAPACITY,

*Defendants—Petitioners*.

Motion for Leave to Appeal
from an Interlocutory Order
USDC No. 3:19-CV-479

Before JONES, COSTA, and WILSON, *Circuit Judges*.

PER CURIAM:

  IT IS ORDERED that the petitioners' opposed motion for leave to appeal from the interlocutory order of the United States District Court of the Middle District of Louisiana, entered on October 19, 2020, is GRANTED.