UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE CONFERENCE, OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; ANTHONY ALLEN; AND STEPHANIE ANTHONY<br><br>**VERSUS**<br><br>STATE OF LOUISIANA; and R. KYLE ARDOIN, in his capacity as Secretary of State of Louisiana | CIVIL ACTION<br><br>NO: 19-479-JWD-SDJ |

## MINUTE ENTRY

A status conference by zoom was held in the above matter before District Judge John W. deGravelles on April 19, 2022.

**PRESENT:**

**Meryl Macklin and Jennifer Nwachukwu-Counsel for Plaintiffs:** Anthony Allen (Plaintiff), Louisiana State Conference of the National Association for the Advancement of Colored People (Plaintiff), Stephanie Anthony (Plaintiff)
**James Tucker, Logan Rutherford, and Kristin Corradini-Unenrolled Counsel for Plaintiffs:** Anthony Allen (Plaintiff), Louisiana State Conference of the National Association for the Advancement of Colored People (Plaintiff), Stephanie Anthony (Plaintiff)
**Terrence J. Donahue, Jr, David Jeddie Smith, Jr., and Jason B. Torchinsky-Counsel for Defendant:** R. Kyle Ardoin (Defendant)
**Jeffrey Michael Wale and Angelique Duhon Freel-Counsel for Defendant:** State of Louisiana (Defendant)
**Attorney General Jeff Landry-Unenrolled Counsel:** State of Louisiana (Defendant)

Attorney General Jeff Landry's oral motion to enroll is GRANTED. Although the Court granted Attorney General Jeff Landry's motion, as a follow-up, a written motion to enroll shall be submitted into record.

The parties updated the Court on the status of this matter.

The Court will stay and administratively close this case to allow the parties to time attempt to resolve this matter. The Court will reserve entering the stay order at this time to allow the parties to file a Motion to Stay the upcoming Louisiana Supreme Court elections. That motion should provide authority in law and fact to justify the granting of such a stay. Once this

The parties are reminded that Magistrate Judge Johnson stands willing to assist the parties in settlement negotiations, and the parties are encouraged to take advantage of this resource should they so desire.

Signed in Baton Rouge, Louisiana, on April 19, 2022.

Cv 36 ; T: 0:21

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA