UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE CONFERENCE, OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; ANTHONY ALLEN; AND STEPHANIE ANTHONY<br><br>**VERSUS**<br><br>STATE OF LOUISIANA; and R. KYLE ARDOIN, in his capacity as Secretary of State of Louisiana | CIVIL ACTION<br><br>NO: 19-479-JWD-SDJ |

## MINUTE ENTRY

A status conference by zoom was held in the above matter before District Judge John W. deGravelles on July 1, 2022.

**PRESENT:**

**Jennifer Nwachukwu, Logan Rutherford, Arthur Ray Thomas Counsel for Plaintiffs:** Anthony Allen, Louisiana State Conference of the National Association for the Advancement of Colored People, and Stephanie Anthony
**Terrence J. Donahue, Jr, David Jeddie Smith, Jr., and Jennifer Olivier Bollinger-Counsel for Defendant:** R. Kyle Ardoin
**Attorney General Jeff Landry, Jeffrey Michael Wale, Shae McPhee, Angelique Duhon Freel, and Phillip M. Gordon-Counsel for Defendant:** State of Louisiana
**Richard C. Stanley and John W. Perry, Jr.-Counsel for Movants:** Craig Webre, Greg Champagne, Greg Tregre, and John L. Weimer

This conference was called by the Court to address the pending *Motion to Intervene*, (Doc. 109) filed by Greg Champagne, Greg Tregre, Craig Webre, and John L. Weimer.

After hearing the parties' positions, the Court finds that the *Motion to Intervene*, (Doc. 109) shall be handled by the Magistrate Judge, as is the typical procedure in this Court. Therefore, the *Motion to Intervene*, (Doc. 109) and the *Intervenors' Motion for Expedited Hearing on Motion to Intervene and Motion to Partially Lift Consent Stay Order*, (Doc. 110) are referred to Magistrate Judge Johnson.

Once Magistrate Judge Johnson addresses the *Motion to Intervene*, (Doc. 109), and if the *Motion to Intervene* is granted, this Court will determine the issue of whether to lift the stay in this matter.

The State of Louisiana moves for a briefing schedule to be issued on the pending motions. The

Court responds to the request by stating that typically the Magistrate Judge doesn't issue a briefing schedule, but that the parties will be allowed time to respond to all motions in accordance with the Local Rules of this Court.

Signed in Baton Rouge, Louisiana, on <u>July 1, 2022.</u>

Cv 36 ; T: 0:15

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**