UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> STATE OF LOUISIANA *et al.*, <br><br> *Defendants*. | Case No. 3:19-cv-00479-JWD-SDJ |

## ORDER GRANTING CONSENT MOTION TO STAY

Considering the foregoing Consent Motion to Stay and Administratively Close Case filed by all parties in this matter,

**IT IS HEREBY ORDERED** that this case is stayed and administratively closed so that the parties may continue to pursue a settlement of Plaintiffs' claims.

**IT IS FURTHER ORDERED** that every 45 days, the parties will submit to the Magistrate Judge Under Seal a joint statement of the actions taken, and progress made in the resolution of the case.

**IT IS FURTHER ORDERED** that parties reserve the rights to petition the Court to pursue such other remedies available to them should the Plaintiffs and Defendants not be successful in their efforts to completely settle this matter.

Signed in Baton Rouge, Louisiana, on July 19, 2022.

                                                             **JUDGE JOHN W. deGRAVELLES**
                                                             **UNITED STATES DISTRICT COURT**
                                                             **MIDDLE DISTRICT OF LOUISIANA**