UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL.**<br><br>**VERSUS**<br><br>**STATE OF LOUISIANA, ET AL.** | **CIVIL ACTION**<br><br>**NO. 19-479-JWD-SDJ** |

## ORDER

Considering Plaintiffs' Petition to Lift Consent Motion to Stay (Doc. 166),

**IT IS ORDERED** that Plaintiffs' Motion to Lift Stay and Reopen the Case (Doc. 166) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is referred to Magistrate Judge Johnson for a scheduling conference to address the discovery plan set forth by Plaintiffs in this motion (Doc. 166).

Signed in Baton Rouge, Louisiana, on July 27, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**