IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.* | Case No. 3:19-cv-00479-JWD-EWD |
| *Plaintiffs,* | Judge John W. deGravelles |
| v. | Magistrate Judge Scott D. Johnson |
| STATE OF LOUISIANA, *et al.* | |
| *Defendants.* | |

## JOINT NOTICE TO COURT REGARDING STATUS OF LOUISIANA SUPREME COURT REDISTRICTING BILL

Plaintiffs Louisiana State Conference of the National Association for the Advancement of Colored People ("NAACP"), Anthony Allen, and Stephanie Anthony, and Defendants State of Louisiana and Secretary of State of Louisiana, hereby notify the Court that on April 24, 2024, the Louisiana House of Representatives passed SB 255, which redraws the electoral districts for the Justices of the Louisiana Supreme Court. The Governor is expected to sign the bill as early as

1

next week.  The Parties will continue to keep the Court advised of the status of the legislation.

Dated: April 25, 2024

Respectfully submitted:

**ATTORNEY GENERAL ELIZABETH MURRILL**

<u>/s/ Jason B. Torchinsky</u>
Jason B. Torchinsky (DC 976033)*
Phillip M. Gordon (DC 1531277)*
Holtzman Vogel Baran
Torchinsky & Josefiak, PLLC
15405 John Marshall Highway
Haymarket, VA 20169
(540) 341-8808 phone
(540) 341-8809 fax
jtorchinsky@holtzmanvogel.com
pgordon@holtzmanvogel.com
*admitted *pro hac vice*

Carey Tom Jones (LSBA No. 07474)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
jonescar@ag.louisiana.gov

*Liz Murrill*
*Louisiana Attorney General on behalf of the*
*State of Louisiana*

**SHOWS, CALI & WALSH, L.L.P.**

John C. Walsh (LA 24903)
Jeffrey K. Cody (LA 28536)
Caroline M. Tomeny (LA 34120)
628 St. Louis Street (70802)
P.O. Box 4425
Baton Rouge, LA 70821-4425
Tel: 225-346-1461
Fax: (225) 346-1467
john@scwllp.com
jeffreyc@scwllp.com
caroline@scwllp.com

*Counsel for Defendant, Nancy Landry, in her*
*official capacity as Secretary of State of*
*Louisiana*

**PLAINTIFFS**

/s/ *Meryl Macklin*
Meryl Macklin*
Logan Rutherford*
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone (415) 675-3400
Facsimile (415) 675-3434
meryl.macklin@bclplaw.com
logan.rutherford@bclplaw.com

Arthur R. Thomas (La. Bar Roll#12797)
Arthur R. Thomas & Associates, LLC
3313 Government St.
Baton Rouge, Louisiana 70806
Telephone (225) 802-4199
Artthomas51@gmail.com

Ezra D. Rosenberg
Jennifer Nwachukwu
Lawyers' Committee for Civil Rights
Under Law
150 K. Street NW Suite 900
Washington, D.C. 20005
Telephone (202) 662-8329
Facsimile (202) 783-0857
erosenberg@lawyerscommittee.org
jnwachukwu@lawyerscommittee.org

*Counsel for Plaintiffs Louisiana State Conference of the National Association for the Advancement of Colored People, Anthony Allen, and Stephanie Anthony*

*admitted pro hac vice