# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.* | |
| *Plaintiffs*, | Case No. 3:19-cv-00479-JWD-EWD |
| v. | Judge John W. deGravelles |
| | Magistrate Judge Scott W. Johnson |
| STATE OF LOUISIANA, *et al.* | |
| *Defendants*. | |

## STIPULATION OF DISMISSAL

Plaintiffs Louisiana State Conference of The National Association for the Advancement of Colored People, et al. and Defendants State of Louisiana and the Secretary of State of Louisiana, by their attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of Plaintiff's Complaint in its entirety, without prejudice, with each side to bear her or its own costs and attorneys fees.

Dated: June 25, 2024

Respectfully submitted,

 /s/ *Meryl Macklin*                                     /s/ *Jason B. Torchinsky*

**PLAINTIFFS**

Meryl Macklin
Logan Rutherford
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone 415.675.3400
Facsimile 415.675.3434
meryl.macklin@bclplaw.com
logan.rutherford@bclplaw.com

Arthur R. Thomas (La. Bar Roll#12797)
Arthur R. Thomas & Associates, LLC
3313 Government St.
Baton Rouge, Louisiana 70806
(225) 802-4199
Artthomas51@gmail.com

Ezra D. Rosenberg
Jennifer Nwachukwu
Lawyers' Committee for Civil Rights Under Law
150 K. Street NW, Suite 900
Washington, D.C. 20005
Telephone (202) 662-8329
Facsimile (202) 783-0857
erosenberg@lawyerscommittee.org
jnwachukwu@lawyerscommittee.org

*Counsel for Plaintiffs Louisiana State Conference of the National Association for the Advancement of Colored People, Anthony Allen, and Stephanie Anthony*

**ATTORNEY GENERAL ELIZABETH MURRILL**

Jason B. Torchinsky (DC 976033)*
Phillip M. Gordon (DC 1531277)*
Holtzman Vogel Baran Torchinsky & Josefiak, PLLC
15405 John Marshall Highway
Haymarket, VA 20169
(540) 341-8808 phone
(540) 341-8809 fax
jtorchinsky@holtzmanvogel.com
pgordon@holtzmanvogel.com
*admitted *pro hac vice*

Carey Tom Jones (LSBA No. 07474)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
jonescar@ag.louisiana.gov

*Liz Murrill*
*Louisiana Attorney General on behalf of the State of Louisiana*

**SHOWS, CALI & WALSH, L.L.P.**

John C. Walsh (LA 24903)
Jeffrey K. Cody (LA 28536)
Caroline M. Tomeny (LA 34120)
628 St. Louis Street (70802)
P.O. Box 4425
Baton Rouge, LA 70821-4425
Tel: 225-346-1461
Fax: 225-346-1467
john@scwllp.com
jeffrey@scwllp.com
caroline@scwllp.com

*Counsel for Defendant, Nancy Landry, in her official capacity as Secretary of State of Louisiana*

2