# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 19, 2024

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

    No. 24-30237   Allen v. State of LA
                           USDC No. 3:19-CV-479

Dear Mr. McConnell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

cc w/encl:
    Mr. Jorge Benjamin Aguinaga
    Ms. Morgan Brungard
    Mr. Carl A. Butler
    Mr. Jeffrey K. Cody
    Mr. John P. D'Avello
    Mr. Carey Thompson Jones
    Ms. Kathryn Munson
    Mr. Christopher H. Riviere
    Ms. Danna Elizabeth Schwab
    Mr. Richard C. Stanley
    Ms. Caroline Michele Tomeny
    Mr. John Carroll Walsh

# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-30237

---

A True Copy
Certified order issued Aug 19, 2024

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Anthony Allen

> *Plaintiff,*

John L. Weimer; Greg Champagne; Craig Webre; Mike Tregre,

> *Intervenors—Appellees,*

*versus*

State of Louisiana; R. Kyle Ardoin, *Secretary of State of Louisiana in his official capacity*,

> *Defendants—Appellants.*

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:19-CV-479

---

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of August 19, 2024, pursuant to the stipulation of the parties.

No. 24-30237

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2